**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 23-cv-07190<br><br>Hon. Judge Martha M. Pacold |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BLS CONSTRUCTION, LLC an Illinois limited liability company, | ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR DEFAULT AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al., by their attorneys, Grant R. Piechocinski and ARNOLD AND KADJAN, LLP, pursuant to Federal Rule of Civil Procedure 55, hereby present their Motion for Default and Judgment in Sum Certain. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed this Complaint alleging the Defendants failed to pay amounts owed on a fringe benefit compliance audit for the period of **December 8, 2018 to December 31, 2023.**

1

2. Defendant BLS Construction LLC, was served on September 8, 2023. (Docket Entry 6).

3. More than 21 days have passed and Defendant BLS Construction LLC, has failed to answer or otherwise plead.

4. The Court entered an order of default against Defendant on October 23, 2023. (Docket Entry 12)

5. The audit findings revealed a total of **$316,874.35** is owed. (Ex. A – Wolf Affidavit).

6. This amount breaks down as follows: $271,936.39 in contributions; $40,790.46 in liquidated damages on those contributions; and $4,147.50 in audit costs. (Ex A.)

7. Therefore, Defendant, BLS Construction LLC., is liable for a total of **$316,874.35**

WHEREFORE, the Plaintiffs request that this Court enter a default judgment in favor of the Plaintiffs and against Defendant BLS Construction LLC, in the amount of $316,874.35 or grant such other or further relief that this Court deems appropriate under the circumstances.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.,**

By: /s/Grant R. Piechocinski
One of their Attorneys

PAUL M. EGAN
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415